Opinion issued April 28, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00297-CV

———————————

in re Derrick Harvey, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator, Derrick Harvey, has filed a pro se petition for writ
of mandamus, complaining that the trial court refuses to rule on motions filed
and requests made by relator in the underlying delinquent tax lawsuit.[1]  We deny
the petition.




 

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Alcala and Bland.

 











[1]
          The underlying lawsuit is North Forest Independent School District v.
The Unknown Heirs of Lou Anna Harvey, Deceased, No. 2009-75064 in the 270th
District Court of Harris County, Texas, the Honorable Brent Gamble presiding.